```
          IN THE UNITED STATES DISTRICT COURT
              WESTERN DISTRICT OF ARKANSAS
                  HOT SPRINGS DIVISION
```

JOHNNY THORNTON                                         PLAINTIFF

    v.                         No. 07-6058

LARRY SANDERS, MELVIN STEED,
BENNY STRICKLAND and TOMMY
HARMON                                                  DEFENDANTS

## ORDER

Now on this 24th day of June 2008, there comes on for consideration the report and recommendation filed herein on May 21, 2008, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (Doc. 28). Plaintiff filed written objections to the report and recommendation (Doc. 31). Also before the Court is Plaintiff's Motion for Protection (Doc. 30) and supplement, thereto (Doc. 32).

The court has reviewed this case *de novo* and, being well and sufficiently advised, finds as follows: The report and recommendation is proper and should be and hereby is adopted in its entirety. Accordingly, Defendants' Motion for Summary Judgment (Doc. 19) is GRANTED IN PART AND DENIED IN PART. Defendants' Motion is GRANTED as to all of Plaintiff's official capacity claims and individual claims against Sanders, Steed and Strickland. The Motion is DENIED as to Plaintiff's claims against Defendant Harmon for denial of medical care. Further, Plaintiff's Motion for Protection (Doc. 30) is DENIED. Plaintiff asks this Court to provide him with protection from an alleged contract on his life by Defendants. Plaintiff is advised to contact local law enforcement

if he believes a crime has been committed as such is outside this Court's jurisdiction.

    IT IS SO ORDERED.

                                  /s/ Robert T. Dawson
                                  Honorable Robert T. Dawson
                                  United States District Judge