IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

JOHNNY THORNTON                                                    PLAINTIFF

    v.                   No. 07-6058

TOMMY HARMON                                                       DEFENDANT

**AND**

JOHNNY THORNTON                                                    PLAINTIFF

    v.                   No. 07-6070

LARRY SANDERS, MELVIN STEED,
BENNY STRICKLAND and TOMMY HARMON                                  DEFENDANTS

### ORDER

Now on this 3rd day of February 2010, there comes on for consideration the report and recommendation filed herein on January 13, 2010, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (Doc. 72). The parties have not filed any objections to the report and recommendation.

The court has reviewed this case and, being well and sufficiently advised, finds as follows: The report and recommendation is proper and should be and hereby is adopted in its entirety. Accordingly, Plaintiff's Complaints are DISMISSED WITH PREJUDICE as Plaintiff failed to meet his burden of proof that he suffered an objectively serious medical need, of which Defendants knew and refused to remedy.

AO72A
(Rev. 8/82)

IT IS SO ORDERED.

                                 /s/ Robert T. Dawson
                                 Honorable Robert T. Dawson
                                 United States District Judge